**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER BILEK, individually and on behalf of others similarly situated, | ) ) | Case No. 1:19-cv-08389 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | Hon. Judge Charles P. Kocoras |
| HEALTH INSURANCE INNOVATIONS, | ) | Hon. Mag. Judge Susan E. Cox |
| INC., and DOES 1-10, | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION

Plaintiff Christopher Bilek respectfully requests an extension to submit a combined response to Defendants' motions to dismiss in this action, and in support states as follows:

1. This case challenges unsolicited prerecorded telemarketing calls under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. HII provided Plaintiff with quotes for Chubb insurance during prerecorded telemarketing calls.

2. Chubb and HII each filed their own motion to dismiss on February 13, 2020. Dkt. 20, 23. Under the Court's subsequent briefing order, Plaintiff's response is due on March 10, 2020, and Defendants' reply deadline is March 24, 2020. Dkt. 26.

3. Plaintiff's counsel respectfully seeks a 10-day extension to respond to Defendants' motions. Plaintiff will be filing a combined response to Defendants' arguments, and despite having given this matter priority, needs the additional time to complete the brief.

4. Plaintiff's request would anticipate continuing Defendants' reply date to April 3, 2020, giving them the same amount of time to reply as under the current schedule.

5. Plaintiff conferred with Defendants regarding this motion through counsel, and was informed that neither Defendant opposes the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for his response to Defendants' motions to dismiss up to and including March 20, 2020, and extend Defendants' reply deadline to April 3, 2020.

Respectfully submitted,

Dated: March 10, 2020

CHRISTOPHER BILEK, individually and on behalf of others similarly situated

By: _/s/ Alexander H. Burke_

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 10, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Alexander H. Burke_