**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER BILEK, individually and on behalf of others similarly situated, | ) ) | Case No. 1:19-cv-08389 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, HEALTH INSURANCE INNOVATIONS, INC., and DOES 1-10, | ) ) ) ) | Hon. Judge Charles P. Kocoras Hon. Mag. Judge Susan E. Cox |
| Defendants. | ) | |

## NOTICE OF FILING

Plaintiff respectfully files the attached corrected Declaration of Christopher Bilek with respect to his response to Defendants' motions to dismiss, to replace Docket Entry 32-4. The original document was submitted in error.

                                                                       Respectfully submitted,

                                                                        CHRISTOPHER BILEK, individually
                                                                        and on behalf of others similarly situated

Dated: April 24, 2020                                                 By: */s/ Alexander H. Burke*

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 24, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                         */s/ Alexander H. Burke*