**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER BILEK, individually and on behalf of others similarly situated,<br>    Plaintiff,<br><br>  v.<br><br>FEDERAL INSURANCE COMPANY, HEALTH INSURANCE INNOVATIONS, INC., and DOES 1-10,<br>    Defendants. | Case No. 1:19-cv-08389<br><br>Hon. Judge Charles P. Kocoras<br>Hon. Mag. Judge Susan E. Cox |

## DECLARATION OF CHRISTOPHER BILEK

I, Christopher Bilek, hereby declare as follows:

1. I am the plaintiff in this action. I reside in Cook County, Illinois.

2. On September 20, 2019, I received a call from (847) 238-3767 on my cell phone number, while at my home in Cook County, Illinois. The call played a prerecorded message that solicited health insurance and instructed me to "press 1" to be connected with a representative. After I followed the automated prompt on my phone, I was connected to a live agent. The agent asked me some basic questions, including my ZIP code, which I provided. The agent then provided me with a $171/month quote for health insurance, plus a $99 one-time fee. The representative directly informed me that the insurance was underwritten by "Chubb." I believed the representative when he told me the insurance policy that was being sold during this call was a Chubb policy.

3. On September 26, 2019, I received another call to my cell phone while at my home in Cook County, Illinois, this time from (708) 877-6037. This call played the same prerecorded message as the call on September 20, 2019, which again solicited health insurance and instructed me to "press 1" to be connected with a representative. After following the

automated prompt, I was connected with a live representative who again asked me a series of basic questions, including my ZIP code. After providing this information, the representative provided me with a quote for "Chubb" insurance. I believed the representative when he told me the insurance policy that was being sold during this call was a Chubb policy.

4. I received both of the above calls on my cell phone, which has a (708) area code associated with suburban Cook County, Illinois. I received both of the above-referenced calls while at my home in Cook County, Illinois. Also, my ZIP code that I provided during the calls, 60455, is a ZIP code within Cook County, Illinois.

5. I never consented to or requested to be called by or on behalf of Defendants, and they did not have consent for the calls at issue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23 day of ~~March~~ April, 2020.

_____
Christopher Bilek