# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Christopher Bilek,

Plaintiff(s),

v.

Federal Insurance Company, Health Insurance Innovations, Inc. and Does 1-10,

Defendant(s).

Case No. 19 C 8389

Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendants Federal Insurance Comppany and Health Insurance Innovations and against plantiff Christopher Bilek.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on motions to dismiss.

Date: 7/13/2020

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk