# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BILEK, individually and on behalf of others similarly situated, ) ) | |
| Plaintiff, ) | Case No. 1:19-cv-08389 |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | Hon. Judge Charles P. Kocoras |
| HEALTH INSURANCE INNOVATIONS, ) | Hon. Mag. Judge Susan E. Cox |
| INC., and DOES 1-10, ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Christopher Bilek, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit. Plaintiff appeals from the final judgment entered in this action on July 13, 2020 (Doc. #51, amended at Doc. #52), and the memorandum opinion entered in this action on July 13, 2020 (Doc. #50).

                                                Respectfully submitted,

                                                CHRISTOPHER BILEK, individually and on behalf of others similarly situated

Dated: August 11, 2020                        By: */s/ Alexander H. Burke*

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on August 11, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                      */s/ Alexander H. Burke*