**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER BILEK, individually and on behalf of others similarly situated, | ) ) | Case No. 1:19-cv-08389 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY d/b/a CHUBB, et al., | ) ) | Hon. Judge Charles P. Kocoras Hon. Mag. Judge Jeffrey Cummings |
| Defendants. | ) | |

## NOTICE OF RESOLUTION

Plaintiff reports that the parties have agreed to an individual resolution in principle. They

expect to finalize terms in the coming weeks.

Dated: February 7, 2023                                      Respectfully submitted,

By: _/s/ Alexander H. Burke_
Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com
dmarovitch@burkelawllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 7, 2023, I caused the foregoing to be electronically filed

with the Clerk of the United States District Court for the Northern District of Illinois using the

CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Alexander H. Burke_